THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Bobby Weatherford,       
Appellant.
 
 
 

Appeal From Marion County
John L. Breeden, Jr., Circuit Court 
 Judge

Unpublished Opinion No. 2003-UP-049
Submitted November 20, 2002  Filed 
 January 16, 2003   

APPEAL DISMISSED

 
 
 
Senior Assistant Appellate Defender Wanda H. Haile, of Columbia; 
 for Appellant.
Attorney General Henry Dargan McMaster; Chief Deputy Attorney 
 General John W. McIntosh; Assistant Deputy Attorney General Charles H. Richardson, 
 all of Columbia, Edgar Lewis Clements, III, of Florence; for Respondent.
 
 
 

PER CURIAM:  Bobby Weatherford appeals the 
 trial courts ruling that his minor victim was competent to testify.  Counsel 
 for Weatherford attached to the final brief a petition to be relieved as counsel.  
 Weatherford did not file a separate pro se response.  
After a review of the record as required 
 by Anders v. California, 386 U.S. 738 (1967) and State v. Williams, 
 305 S.C. 116, 406 S.E.2d 357 (1991), we hold there are no directly appealable 
 issues that are arguable on their merits.  Accordingly, we dismiss Weatherfords 
 appeal and grant counsels petition to be relieved.
 APPEAL DISMISSED.
CONNOR, STILWELL, and HOWARD, JJ., 
 concur.